Page (1)

FILED
February 2, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
FEB 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Court of Appeals
Third District of Texas

Court of appeal Number: 03-14-00670-CV
Trail Court Case Number: C-1-CV-14-00723

Mary E. Allen
v. Wells Branch Self Storage

I had last year during this court matter faced hardship and was with out work and had a vehile which my engine was gone out of it which, I seek for employment to help me to purchase another vehicle, but was only able to find temporaily Parttime work which was only 4 hour and only on Friday evening shift until I was able to get more hours and to get on full-time. my monthly Pay was barely $176.00 this was only for a few months, then When school close for the Holiday and Winter break I was without work and Pay

I asked Cathy Mata Court reporter can I make partial payment because I can not afford nor have $430.00 for court reporting documents that Third Court appeals need. She refused to allow me to do so (make partial payments. There were documents enter into the Court record that another Judge (Judge Eric Sheppard told the attorneys for Well Branch self storage could not enter in, it was to Late and that it should been done at precint court; it not allow at travis court court it to late also for a Discover too, but Judge David Phillip allow (WBSS) attornies to enter them in (documents) This is why the Court reporter don't want to release the documents to Third Court of Appeals, because it will be know of the wrong doing committed against me. Judge David Phillips is no longer their, he I was told tuesday January 27, 2015 had Retired.

I pray that the third Court of appeals will help me to get the Court Reporter documents and others documents requested for because, I promise you I can not afford to pay for the amount needed to get them, nor can I afford an attorney right now. I do not want this case Dismiss. Please don't Dismiss this case my Belongings that is held lock up at Wells Branch Self Storage will be Aunction off and Sold and I will lose out on the only Belongings and Possession and items I own along with confidential documents and Paper work, which (WBSS) and the attornies representing them along with David Richard can use and steal my identity for capitol Gain. Please help me may justice be given to me I Pray. signed Innocent Victim Mary E. Allen

Court of Appeals
Third District of Texas

Court of Appeals Number: 03-14-00670-CV
Trial Court Case Number: C-1-CV-14-007 ?

C-1-CV-14-00723 ?

RECEIVED
FEB 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Style: Mary E. Allen
V. Wells Branch Self Storage

To the Third District of Texas
Court of Appeals

This is a the Statement about this case how it all started and how Wells Branch Self Storage Facility manager - Sharon Leonard and her asst. David Richard lied and reported to their attorney and to the Judges false reports, false judgement, Fabricated documents to look like original documents and Payments that were Fabricated, Scratch out, Payments re-written (typed) to make it look like I owed or didn't make proper Payments, the documents that were scribble over and re-typed or written on came from Sharon Leonard the

Facility manager along with her asst. David Richard and both attorney(ies) that representing them. Both Connie Heyer and Emily Newell participated in the False Statement, False Judgement, False reporting along with Perjury. My confidential Identity (Soc. Sec, Driver License, other personal information have been used by Sharon Leonard, David Richard and Connie Heyer and Emily Newell to try and find something on me, to use against in Court. This is what happen on August 1, 2013 I came in the Well Branch self storage office and David Richard was on duty, Sharon Leonard was out for a few days or for whatever reason. I told David Richard that I had to stop at an Auto Part Store and get me some Antifreeze because my car was running hot and since they were (WBSS) was nearing to close, I use $16.00 to buy Antifreeze Coolant for my car & my storage fee which is $109.00

Monthly and that I had only $93.00 to Pay on my storage and I will bring back the $16.00 the next day. He (David R.) told me we normally don't take Partial Payment, but let me call Sharon to see if it okay for you to Pay $93.00 Partial Payment and bring the $16.00 back tomorrow, I stood there while he was talking to her and he told me she said it okay but be sure bring in the $16.00 tomorrow. I gave David R. $93.00 Cash money and ask for my reciept for my Payment I made for August 1, 2013 storage Fee. He fundle around with the computer and then said he couldn't get the system to Print me out a reciept, I told him you just printed out some documents/Paper Work just a moment ago, it was working ffind to me. He carry on like if those it wouldn't print out, but this was just a prank, set-up to

not Print up my receipt on
give me a copy of my receipt.
He Claim he will give it to
me when I come back tomorrow.
I really didn't believe what
he was saying about my receipt.
I had a Emergency situation
occured with my Car and my
Family, so I brought the
Payments of $16.00 back within
a few days Later and Sharon
Leonard was on Duty, David Richard
was out or not around even
though he live on the premises.
I told her here is the balance
for August 1, 2013 Payment and
I need my receipt for the $93.00
I already Paid to David Richard
She look on the computer and
look up the date (aug 1, 2013) I
made the payment to David R.
but seen where he didn't
Close out the transaction nor
close himself out of the System
at all and there was no $93.00
in the Register Drawer, She knew
I was there that day (8/1/2013) To

Pay the Partial Payment because she approved it over the phone. She told me, she have to talk to David and find out what happen to the Payment I made and while he did not close out the transaction in the system to show where I had paid him non close himself out, that it was odd. She said I get back with you and Days had Passed by and I continue to call and come to the Branch location to see what the status of her investigating this matter and this is when I seen the cover up she had for David R. by telling me false information and Protecting David for what I told her, he committed a crime by Pocketing and Stealing fund from me as a Customer for whatever reason and she started defending him. I realize she was discriminating against me because of my race and who I was calling David a thief, stealing and

Pocketing my storage fee money. She knew this was wrong but stood her ground for him, even though he committed a crime toward the company, Well Blanch Self Storage and against me the innocent victim, whom was wrong, fully done wrong. I then Filed a Small Claim against Well Blanch Self Storage because I paid $224.00 for September and October per storage fee including $6.00 late fee September 1, 2013, October 1, 2013 Sharon Leonard took my September Payment of $109.00 and applied it to August 1, 2013 to cover the missing payment David Richard stole from the company and myself. She added October 1, 2013 payment to September to make the record look okay to cover David Richard crime and make me look bad. Sharon Leonard put a lock on my storage and Falsified payments

To make it seem like I am behind, I never had been behind, it just been a dirty cover up against me. She realized I meant business when I told her I was filling charges and small claim against her (Sharon Leonard and David Richard) She call my daughter to tell me she wanted to talk to me and told me she will settle the matter by just having me pay $280.00 and I get my belongings out of the storage. I agreed, but concluded that I don't want to deal with David Richard with this final payment she told just deal with me only. I called her to let her know I am coming in to bring the $280.00 final payment settlement agreement, but ended up talking to David Richard, when he realize, I was coming into

Pay the Final Settlement Payment agreement, Sharon Leonard and myself agreed upon, in retaliation for reporting him for Pocketing and Stealing my Storage free Payment, he jack up the amount to Say I owed $389.00 which he stated for another month that wasn't even real or close to, which he wanted me to pay for February 2014 which wasn't even here yet. I told him I only owed $280.00 and want to pay this amount myself and Sharon Leonard agreeded upon and that I am to pay her the amount, not to you. He was upset about what I said and told me he want take the $280.00 I have to give. I asked where is Sharon he stated she out for a few days. I called for a few time until I talk to her about our agreement

because she was out for a few days and the agreement was to pay the payment to her not David R., but she wasn't there to received it and David wouldn't take it, she told me some lies David told her that was twisted around to make me look like I forfiet the settlement agreement she claim, I lost out and that I have to include February payment also and told her I have the $280.00 we agreeded upon, but because of David Richard lies, she breached the agreement and I was left hurt and mislead by lie after lies. When the matter hit Small Claim Court, Sharon Leonard, David Richard, Connie Heyer all report to Judge Glen Bass False report, False judgement, lies, Falsefied documents with scribble out payments and rewritten payments, date, time, False credit report Sharon claim to have

given me which she falsely wrote in on the false payment history document she counterfieted up. Judge Glen Bass believed and accepted and allowed these perjury documents and testimony (lies) to be enter in as evident, I was truely a victim of discrimination, wrongfully Judge, cover up and set up. I continue to fight for what is right and that is I am innocent of their lies and counterfiet claim and the judgement pass upon me in each court hearing.

I pray that this matter be over with and that I be found innocent of the falsely accused lies and counterfiet claim against me and storage fees claim against me and that all judgement against me be removed and that I can get all of my belongings out of Well Branch Self Storage and go on with my life. True Statement



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

January 23, 2015

Ms. Mary E. Allen
General Delivery
823 Congress Suite 150
Austin, TX 78701

RE:     Court of Appeals Number:     03-14-00670-CV
        Trial Court Case Number:     C-1-CV-14-007235

Style:  Mary E. Allen
        v. Wells Branch Self Storage

Dear Ms. Mary E. Allen:

The Clerk of this Court filed appellant's notice of appeal on **Wednesday, October 22, 2014.** The clerk's and reporter's records were due in this Court on **Monday, December 08, 2014** and **December 15, 2014** respectively, and are overdue. Appellant has been found to be **not** indigent. Notice was received from the district clerk's office of Travis County, Texas on January 23, 2015, indicating appellant has neither paid, nor made arrangements for payment, for the clerk's record. Accordingly, the clerk's record will not be timely filed.

Appellant is requested to make arrangements for the record and submit a status report regarding this appeal. A response regarding this matter is requested by this Court on or before **Monday, February 02, 2015.** Failure to do so **may** result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

If appellant has not already done so, he is instructed to make a written request to the court reporter and make arrangements for payment of the record. If appellant does not wish to pursue this appeal, please file a motion to dismiss.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*
Amy Strother, Deputy Clerk

cc:     Ms. Emily Newell